**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                              CHAPTER 13 CASE NO.:

**CLINTON E. NUNNALLY and
RHONDA A. NUNNALLY**                           **19-12241-JDW**

**LIMITED OBJECTION TO MOTION TO INCUR NEW INDEBTEDNESS**

COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), by and through counsel, and files this Limited Objection to the Motion to Incur New Indebtedness (Dkt. #26) (the "Motion") filed by the Debtors and in support thereof states as follows:

The Trustee has no objection to the Debtors purchasing a vehicle but the Trustee objects to the amount that the Debtors have requested to borrow.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Limited Objection be received and upon a hearing hereon, this Court will enter denying the Motion and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: May 11, 2023.

                                          Respectfully submitted,

                                          **LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE**

By:   /s/ Melanie T. Vardaman
       ATTORNEYS FOR TRUSTEE
       W. Jeffrey Collier (MSB 10645)
       Melanie T. Vardaman (MSB 100392)
       6360 I-55 North, Suite 140
       Jackson, MS 39211
       (601) 355-6661
       ssmith@barkley13.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: May 11, 2023.

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN